[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 05-11031
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 19, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-00017-CR-B-NE

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STEVEN RAY HALL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(May 19, 2006)**

Before TJOFLAT, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Marc James Ayers, appointed counsel for Steven Ray Hall in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).

Hall was provided a copy of the brief and has not filed any opposition to the motion.

Our independent review of the entire record reveals that counsel's thorough assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hall's conviction and sentence are **AFFIRMED**.